KHUSHPREET R. MEHTON, SBN 276827
**ACCESSIBLE CALIFORNIA, APC**
2880 Zanker Road, Suite 203
San Jose, CA 95134
Telephone: (408) 449-4505
Facsimile: (408) 432-7235
Email:  kmehton@accessiblecalifornia.com

Attorney for Plaintiff Richard Johnson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON, | Case No.:  5:19-cv-05372-NC |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| ESTRELLITA MEXICAN BISTRO-CNTN, *et al.*, | |
| Defendants. | |

Plaintiff Richard Johnson hereby notifies the Court that a global settlement has been reached in the above captioned case and the Parties would like to avoid any additional expense and further the interests of judicial economy. Accordingly, Plaintiff respectfully requests that the Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice to all parties will be filed within sixty (60) days.

Dated: June 22, 2020                ACCESSIBLE CALIFORNIA, APC

                                                By: */s/ Khushpreet R. Mehton            /*
                                                Khushpreet R. Mehton, Esq.
                                                Attorney for Plaintiffs

*Johnson. v. Estrellita Mexican Bistro-Cntn, et al.*   Notice of Settlement        No. 5:19-cv-05372-NC