KHUSHPREET R. MEHTON SBN 276827
**ACCESSIBLE CALIFORNIA, APC**
2880 Zanker Rd., Ste. 203
San Jose, CA 95134
Telephone:	(408) 449-4505
Facsimile:	(408) 432-7235
kmehton@accessiblecalifornia.com

Attorney for Plaintiff Richard Johnson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON, | Case No.: 5:19-cv-05372-EJD |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| ESTRELLITA MEXICAN BISTRO-CNTN, et al., | |
| Defendants. | |

Plaintiff, Richard Johnson ("Plaintiff"), and Defendants Estrellita Mexican Bistro-Cntn, dba Estrellita Mexican Bistro & Cantina and S&G Builders, LLC ("Defendants") (Plaintiff and Defendants collectively hereinafter "the Parties") have reached a settlement of this matter, IT IS HEREBY STIPULATED by and between the Parties to this action through their counsel that this action may be dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

The Parties agree that they shall each bear their own attorney's fees and costs.

Dated: September 17, 2020          ACCESSIBLE CALIFORNIA, APC

By: */s/ Khushpreet R. Mehton*
Khushpreet R. Mehton, Esq.
Attorney for Plaintiff Richard Johnson

Dated: September 17, 2020          GARY W. SULLIVAN ATTORNEY AT LAW

*/s/      Gary W. Sullivan*
Gary W. Sullivan, Esq.
Attorney for Defendant S&G Builders, LLC

SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Gary W. Sullivan and that I have obtained his authorization to affix his electronic signature to this document.

Dated:  September 17, 2020          ACCESSIBLE CALIFORNIA, APC

By: */s/ Khushpreet R. Mehton*
Khushpreet R. Mehton, Esq.
Attorney for Plaintiff Richard Johnson