# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RICHARD JOHNSON,

    Plaintiff,

v.

ESTRELLITA MEXICAN BISTRO-CNTN, et al.,

    Defendants.

Case No. 5:19-cv-05372-EJD

**ORDER** [PROPOSED]

The Court hereby vacates all currently set dates and dismisses this matter with prejudice, in its entirety.

**IT IS SO ORDERED.**

Dated: 9/17/2020

_____
EDJWARD J. DAVILA
United States District Judge